IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICKY BROWN,

        Plaintiff,                                     No. CIV S-09-3042 DAD PS

     v.

MICHAEL J. ASTRUE,                   ORDER
Commissioner of Social Security,

        Defendant.
_____/

        By order filed on November 5, 2009 (Doc. No. 3), the court granted plaintiff's motion to proceed in forma pauperis, ordered plaintiff to forward documents to the United States Marshal within fifteen days for service of process, and further ordered plaintiff to file with the court thereafter a statement indicating the date on which all necessary documents were submitted to the United States Marshal. Plaintiff did not file the required statement nor did she respond to the court's order in any manner. On December 7, 2009, plaintiff was ordered to show cause in writing, within ten days, why this case should not be dismissed for lack of prosecution. Plaintiff was advised that failure to file a timely response to the order to show cause will result in dismissal of this action.

        Sixty days have passed, and plaintiff has not responded to the court's order to show cause. In addition, plaintiff has now failed to comply with the court's separate order filed

1

on November 5, 2009 (Doc. No. 5) requiring plaintiff to complete and return within 90 days a form either consenting to proceed before the assigned magistrate judge or requesting assignment to a district judge.

All orders issued in this action have been served on plaintiff by mail at her address of record, and no mail has been returned to the court as undeliverable.  More than three months have passed since plaintiff filed the action, and plaintiff has failed to prosecute the action in any manner, in violation of two court orders.  This case cannot proceed due to plaintiff's failure to send documents to the United States Marshal and failure to comply with court orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders.

DATED: February 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/brown3042.ord.dism